UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISVEL TORRES, | Case No. 1:25-cv-00327-JLT-EPG |
| Plaintiff, | STIPULATION AND ORDER RE:  PHYSICAL EXAMINATION OF PLAINTIFF ARISVEL CURIEL TORRES |
| v. | |
| COSTCO WHOLESALE CORPORATION, | (ECF No. 17) |
| Defendant. | |

Plaintiff ARISVEL CURIEL TORRES ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

1. A controversy exists regarding the physical condition of Plaintiff and good cause exists for a physical examination of Plaintiff.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3. The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to her entire spine, headaches, wrists,

4. The physical examination will be conducted by Dr. Michael Cluck, M.D. — the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit**

**A**[1] is a true and correct copy of Dr. Cluck's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be January 29, 2026, 10:00 a.m.

6. The location for the examination is: 1170 W. Olive Avenue #G, Room 4, Merced, CA.

7. Dr. Cluck's contact information is: Tania Hyatt, Phone (831) 713-8602.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. Cluck's cancellation policy and must advise Defendant if she is unable to attend the examination at least five business days before the examination.

Dated: _____                          **WINDSOR TROY**


By:_____
                                    ROBERTO D. QUIROGA, ESQ.  Attorney
                                    for Plaintiff ARISVEL CURIEL TORRES

///

///

///

Dated:                                          **MATHENY SEARS LINKERT & JAIME LLP**


By:_____
                                    MATTHEW C. JAIME,
                                    Attorneys for Defendant COSTCO
                                    WHOLESALE CORPORATION

---

[1] The Court uses the Word version of the stipulation that the parties submitted to the Court's email inbox. Exhibit A is not attached to this Word version, but it is available in the version of the stipulation filed on the docket. (ECF No. 17, pp. 5-14). Further, the version of the stipulation filed on the docket is signed by counsel for both parties and dated. (*Id.* at 2-3).

**ORDER**

Upon review and good cause being shown, IT IS ORDERED that the parties' stipulation (ECF No. 17) is approved and a physical examination of Plaintiff shall be conducted pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **January 23, 2026**                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE